# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:07CR11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| LOIS J. HOPPSTEIN ) | |

**THIS MATTER** is before the Court on the Defendant's appeal of her conviction and sentence entered by the Magistrate Judge on April 18, 2007, and her motion to stay the sentence of imprisonment pending the appeal.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 30 days from entry of this Order and the Government shall file a brief in response thereto on or before 30 days after the filing of the Defendant's brief.

**IT IS FURTHER ORDERED** that the Defendant's motion to stay sentence pending appeal is hereby **DENIED.**

Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge