IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:07CR11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LOIS J. HOPPSTEIN ) | |

**THIS MATTER** is before the Court on the Defendant's motion for admission *pro hac vice* of John E. Eldridge to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and John E. Eldridge, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge