# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION

## CRIMINAL NO. 2:07CR11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| LOIS J. HOPPSTEIN ) | |

**THIS MATTER** is before the Court on the Defendant's motion to reconsider the Court's denial of her motion stay the sentence of imprisonment pending the appeal.

For the reasons stated in the motion to reconsider and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to reconsider is **ALLOWED**, and upon reconsideration, the Defendant's motion to stay sentence pending appeal is hereby **ALLOWED**.

Signed: May 1, 2007

Lacy H. Thornburg
United States District Judge