IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
Case No. ~~0750711~~ 2:07cr11

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) **AMENDED** |
| | ) **JUDGMENT** |
| LOIS J. HOPPSTEIN. | ) |
| | ) |

**THIS MATTER** is before the court upon letter request from the Bureau of Prisons, United States Department of Justice. Based upon such letter, which is attached hereto, the Judgment previously entered in this case is amended, *nunc pro tunc*, to provide that defendant is sentenced to **TWO (2) MONTHS** imprisonment with credit for time served while in federal custody in the Swain County Jail. The provisions of the Judgment allowing credit for inpatient treatment are **STRICKEN** from such previous judgment in accordance with Reno v. Koray, 115 S.Ct. 2021 (1995). All other provisions of the previous Judgment are incorporated herein by reference and remain in full force and effect.

**This the 30th day of August, 2007.**

_____
**DENNIS L. HOWELL**
**UNITED STATES MAGISTRATE JUDGE**